AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Northern District of New York

| | |
|---|---|
| Svetlana Yevseyev <br> *Plaintiff* | ) <br> ) <br> ) |
| v. | ) <br> ) Civil Action No. 5:12-CV-1243  (LEK/DEP) |
| Matthew Thomas & Associates, LLC; and <br> Does 1-10, inclusive <br> *Defendants* | ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendants' name and address)*  Matthew Thomas & Associates, LLC
335 North Washington Street #50b
Hutchinson, KS 67501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Sergei Lemberg, Esq.
> Lemberg & Associates, LLC
> 1100 Summer Street, 3rd Floor
> Stamford, CT 06905

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk of Court

Date: 8/3/2012                                    s/Susan Evans
                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.   5:12-CV-1243  (LEK/DEP)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Matthew Thomas : Associates
was received by me on *(date)*   8/22/2012   .

☐  I personally served the summons on the individual at *(place)* _____

_____   on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒  I served the summons on *(name of individual)*   Thomas Severian   ; who is

designated by law to accept service of process on behalf of *(name of organization)*   Matthew Thomas : Associates

155. Carlo , Hutchinson KS 67501 on *(date)* 8-23-12   ; or

☐  I returned the summons unexecuted because _____ ; or

☐  Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _8-23-12_

_Shy Pastros__
Server's signature

_Shelly Rasor 408_
Printed name and title

_206 W. 1st_
Hutchinson, KS 67501
Server's address

Additional information regarding attempted service, etc:

9120